IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIRK LUCAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOSEPH PIAZZA, et al. | : | No. 07-3556 |

**O R D E R**

AND NOW, this 19th day of October, 2009, upon consideration of Petitioner's motion to continue the stay of his petition for a writ of habeas corpus (Doc. Nos. 12, 13), Respondents' response thereto (Doc. No. 16), and Petitioner's "Correction or Modification of the Record" (Doc. No. 17), IT IS HEREBY ORDERED that Petitioner's motion to continue the stay of his habeas petition is DENIED.

                                                 /s Lowell A. Reed, Jr.
                                                 LOWELL A. REED, JR., S.J.