IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KIRK LUCAS                              :         CIVIL ACTION
                                        :
         v.                             :
                                        :
JOSEPH PIAZZA, et al.                   :         No. 07-3556

**O R D E R**

AND NOW, this 5th day of August, 2010, upon consideration of the Petition for

Writ of Habeas Corpus (Doc. No. 1), the response thereto (Doc. No. 22), and petitioner's

reply (Doc. No. 25), it is hereby **ORDERED** that for the reasons set forth above, the

Petition is **DENIED WITH PREJUDICE AND WITHOUT A HEARING.**

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued

pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing

of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.


                                         s/Lowell A. Reed, Jr.
                                        LOWELL A. REED, JR., Sr. J.